UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
June 13, 2012

No. 11-1654

MICHAEL ALEXANDER NELSON,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED
STATES, Respondent

(Agency No. A044-843-940)

Present: VANASKIE, BARRY and CUDAHY, Circuit Judges

Motion by Respondent to Publish the Opinion Dated 05/22/2012.

Respectfully,
Clerk/pdb for smw

_____ORDER_____
The foregoing motion is GRANTED

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated: July 10, 2012
Smw/cc:   Jeffrey L. Menkin, Esq.
          Kristen Sawicki, Esq.
          Richard H. Frankel, Esq.
          Jonathan O'Boyle, Esq.